COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Corpus Christi** DIVISION

**Judge's Copy**

__Rodney W. Saylors #505009__
Plaintiff's name and ID Number

__McConnell Unit, Beeville, Tex 78102__
Place of Confinement

United States Courts
Southern District of Texas
FILED
JAN 17 2003
Michael N. Milby, Clerk of Court

CASE NO: __C-03-024__
(Clerk will assign the number)

VS.

__E. Kennedy = Ass Warden__   __3001 So. Emily Dr. Beeville, Tex 78102__
Defendant's name and address

__Richard Morris = Major__   __3001 So. Emily Dr. Beeville, Tex 78102__
Defendant's name and address

__Rene Maldonado = Captain__   __3001 So. Emily Dr. Beeville, Tex 78102__
Defendant's name and address
(DO NOT USE "ET AL.")

__Raymond G. Alemenaez = Lt.__   __3001 So. Emily Dr. Beeville, Tex 78102__

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   __X__ YES   ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __August 9th 1996__

   2. Parties to previous lawsuit:
      Plaintiff(s) __Rodney W. Saylors Vs.__
      Defendant(s) __James Collins__

   3. Court (If federal, name the district; if state, name the county) __Corpus Christi__

   4. Docket Number: __C-96-398__

   5. Name of judge to whom case was assigned: __Janis Gram Jack__

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      __Plaintiff Dismissed__

   7. Approximate date of disposition: __Sept. 15th 1996__

Additional Defendants.

First Shift A-card
4. ~~Raymond G. Alamen Darrea~~ "Lt"
5. Andros Gallegos , 'Sgt'
6. #1 White male ---- John Doe
7. #2 White male ---- John Doe
8. Lucy Martinez --- Nurse
9. Christopher W. Smith CO III
10. Teresa Chavarria CO III
11. _____ Martinez

Second Shift
J. Garcia "Lt" A-card
A. Armando "Sgt" A-card

Second Shift B-card
Michael Shaw Capt,
Belinda Barrera Sgt.

All defendants are located of the address of M° Connell Unit: 3001 S. Emily Dr. Beeville, Texas 78102 and are assigned to work in the department of Administrative Segregation when the Major Use of Force occurred.

page 2 of 3

III. Exhaustion of Grievance:

The grievance is only a remedie of the condition of confinement -- Not the remedie of Use of Force

# Other Law Suits

(1) 1. Date Filed: July 9th 1996.
   2. The Style of Case: Rodney W. Saylors vs. Mikael Skau.
   3. Case number: C-96-430
   4. The Judge Assign is: Hayden Head Jr.
   5. Action of Case: Dismissed Sept 15th 1996.

(2) 1. Date Filed: July 9th 1996.
   2. The Style of Case: Rodney W. Saylors vs. Joseph Lang.
   3. Case number: C-96-346.
   4. The Judge Assign is: Hayden Head Jr.
      Action of Case: Dismissed Sept 15th 1996.

(3) 1. Date of Case: Augest 9th 1996.
   2. The Style of Case: Rodney W. Saylors vs. James Collins
   3. Case number: C-96-398.
   4. The Judge Assign is: Janis Grame Jack.
   5. Action of Case: Dismissed Sept 15th 1996.

(4) 1. Date Filed: Dec 19th 1997
   2. Style of Case: Rodney W. Saylors vs. Carlos Garcia.
   3. Case number: C-97-655.
   4. The Judge Assign is: B. Ellington.
   5. Action of Case: Lost in Court March 16th 1999.

Rodney Saylors
ID number #505009

PPG File:

Parties To Suite:

6.* White male --- John Doe --- On the 2 man team, that was involved in the Use of Force: McConnell Unit of 3001 S. Emily Dr. Beeville, Tx 78102

He assist the other #2 as to push on me and roll me "Plaintiff" in the cell durning the commission of the Use of Force.

7.#2 White male --- John Doe --- On the 2 man team that was involved in the Use of Force: McConnell Unit of 3001 S. Emily Dr. Beeville, Tx 78102

He assist the other team #1 as to push on me and roll me "Plaintiff" in the cell durning the commission of the Use of Force.

8. Lucy Martinez "Nurse" McConnell Unit 3001 S. Emily Dr. Beeville, Texas 78102. She assigned to the dept of Administrative Segregation.

She was present at the time the Use of Force was being conducted. She only did a cell side examine

9. Christopher W. Smith COIII Assigned to work upon this Pod from the hrs of 6:30 AM to 6:30 PM address of 3001 S. Emily Dr. Beeville, Texas 78102

Officer Smith assist the 2 man team by helping them push and roll time in my cell.

10. Teresa J. Chavarria COIII Mc Connell 3001 S. Emily Dr. Beeville, Texas 78102

She was operated the vedio the polaroid camera taken the pitchure

11. ? Martinez COIII Mc Connell Unit 3001 S. Emily Dr. Beeville, Tx 78102

He was assigned to this pod and was operated the vedio camera

II. PLACE OF PRESENT CONFINEMENT: Mc Connell Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution? X YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system. Never RECIEVED NO RESPOND "See Attached Sheet"

IV. PARTIES TO THIS SUIT:
A. Name of address of plaintiff: RODNEY W. SN Saylors #505009 McConnell Unit 3001 S. Emily Dr. Beeville, TX 78102

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: E. KENNEDY; Ass. Warden, McConnell Unit 3001 S. Emily Dr Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
New about the problems AND Never INVESTIGATED IT

Defendant #2: RICHARD MOORIS; Major McConnell Unit 3001 S. Emily Dr. Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
New about the problem AND Never INVESTIGATED IT

Defendant #3: RENE MALDORADO; CAPT AD SEG McConnell Unit 3001 S. Emily Dr. Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
New About THE PROBlem AND NEVER INVESTIGATE IT

Defendant #4: Raymond G. ALEMENDAREZ; LT McConnell Unit 3001 S. Emily Dr. Beeville, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stood By while the Sgt conducted the USE of FORCE

Defendant #5: ANDRES Gallegos 'Sgt' McConnell Unit 3001 S. Emily Dr. Beeville, TX 78102
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stood By AND to DIDN'T OPERATE THE USE of FORCE properly.
SEE ATTACHED -- For Additional Parties To suite

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

SEE Civil Claim Attached

☆ATC1983 (Rev. 2/00)     3

# Statement of Claim          1 of 1

pg. 1   On the Date of Dec. 6th 2002. Appro 8:00 A.M. the Sgt, Gallegs and Lt, came to my cell for a '2 hr. cell search' that was orderd by <u>Major Mooris Warder Kennedy Maldonado Captain</u> on a I.O.C. form stating I'm a threat to sucerity, at this time I was pulled out of cell 71 and was placed in the shower, 10 mins later, I was pulled out, As I was fixing to step into cell 71, I notice all of my personal and legal property was slung all over the cell floor, I stopped between the cell on the run and ask the Sgt. Why was all my property done this way? the Sgt, Stated, I don't expect for my officer [s]' to put everly thing back in place, So I sit down on the run in-between the run & cell door, at this time. Sgt, ask me to stand up so the officer's could place me back into the cell, So I ask the Sgt, why he let his employees do my property like that, no respond, So the Sgt, then orderd 'the <u>two</u> assist the offender to his feet, and if he doesn't stand up, the <u>minimum amount of force</u> will be used to gain complince = then the two officer= triad to pick me up and triad to push and roll me into the cell slammed my into the <u>concr--ete</u> and twisted my [BACK!], and a sharp pain in the process trying to force me into the cell...... then the door was closed xxxx then the nurse seen

1 OF 2

pg 2  ME CELL SIDE, then the NURCE MARTINEZ STATED, I SEE NO INJURIES..

THEN APPROX 10:30 A.M. DATE DEC 6th 2002, Sgt. GALLEGOS CAME back to my CELL 71 FOR ANOTHER 2 hrs CELL SEARCH, So I was STRIPPED SEARCHED AGAIN, AS the DOOR WAS BEING OPEND, I KNEELD down AND LAY--ED on my Stumic, then AFTER BEING CELL SEARCHD, then the team Picks ME UP AND PLACES ME back Into the CELL AND the DOOR WAS Closed xxxx then I the NURCE MARTINEZ I NEED to SEE the Doctor FOR my back AND the Knot on my FORE head, the NURCE Said I would be scheduled, on the DATE OF 12-10-02, I Put In a NURCE Sick Call and on 12-15-2002 I Put In another SICK call and NEVER RECEIVED AND ANSWER, So on the DATE OF 12-31-02 I RECEIVED A SICK Call An-States I Declined APPt, In which I did'nt REFUSE

## "RETALIATION AND HARRASSMENT"
## WITH MINOR USE-OF-FORCE....

on the DATE OF DEC. 10th 2002, APPROX 7:30 P.M. OK So, Sgt. ARMANDO and Lt. GARCIA CAME to my CELL to Conduct a 2 hR, CELL SEARCH. At this TIME, I STRIP SEARCH AND was hand CUFFED, AND as The DOOR was being Rolled, I TRIAD to KNEEL down and was pushed back Into the CELL, then the Lt. GARCIA SAID LETS GO SUIT UP A (5) MAN TEAM and LETS SEE IF he studs up this time, APPROX 7:55 P.M.

or so, the team came this for a cell search, as I was being pulled out, the door was opend, then I kneeld down to lay on my stumic in fear of my life when Lt. GARCIA said he would have the team slam me head first if I try to kneel down again, so luckly noting happend, so I was picked up and was placed on the run for the cell search, then I was placed back into the cell with slung every where __ my [back] was still hurting me, I told the nurce, but said their was nothing wrong with me xxxx

Then approx 9:30 P.M. Lt. GARCIA and the Sgt. ARMANDO came back to my cell to conduct a (2) hr. cell search, so I was stripped search again, then I was hand cuffed, then the cell door was opend, I was orderd to back out of the cell, at that time, I kneeld down in fear of being slammed and layed on my stumic, then the team picks me up and places me on the run to conduct a cell search, then I was placed back into the cell, then the team backs out and shuts the door, then after the camera was turned off, the Lt. stated, you will mine white boy. I've been having serious problums with these officers.

"RETALIATION and HARRASSMENT"
WITH MINOR USE-OF-FORCE

SEE NEXT PAGE →

Contenue From page 3 --

Pg. 4

on the Date of Nov 5th 2002, Approx 9:05 P.M. or so, 12/F/74 Cell, <u>Captain M. Skau</u>, comes to my cell and stated, Why did you Jack For A Hand Cuff Key, I Said I didnt, So the Captain Told Sgt, Barrera to Suit up a (5) men team And IF he makes a Fals move, Slam him. So I was Pulled out <u>Butt naked</u> on Camera For a Cell Search, then The Captain Said We Are Taking All of Your Property, I was <u>not</u> on Property Restriction, then The Captain Places me In 77 Cell the so called Hot Box With no Vintelation and <u>no Matters</u> With only a Blanket and a Sheet With no Running Watter For 4 days, then I was moved, My Legal Property was Missing and Legal Papers and Law books. then Came Back 4 hrs, Latter and Stated, thats For Disrespecting my Warden __

SEE Civil Claim Attached

## VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"See Attached Relief"

## VII. BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

N/A

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

#466066　#505009

## VII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?

___ YES　X NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
  1. Court that imposed sanctions (if federal, give district and division): N/A
  2. Case Number: N/A
  3. Approximate date sanctions were imposed. N/A
  4. Have the sanctions been lifted or otherwise satisfied?　___ YES　X NO

C. Has any court ever warned or notified you that sanctions could be imposed?　___ YES　X NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

## "Damage Award Requested"

**Dollar's** — To Award the Plaintiff the Amount of $100,000 From Each of the Individual's of the Defendants That Participated in the Wrongful Use-of-Force....

**Dollar's** — To Award the Plaintiff the Amount of $50,000 From the Deffendants "For Punitive Damages" of the Injuirs that I Sufferd durring the Use-of-Force of my back with a Shrap Pain to the Lower Part of my back__ that has Lasted For up to 25 days, and For the Injuries I've Suf--Ferd with a Knot To The Forehead That Lasted 6 days and The Mostion Distress of head akes, and for Captain M. Shau, Leaving me In a Cell With <u>no watter</u>, <u>no ventilation</u>, <u>no mattess</u>, <u>no property</u>, and <u>For Humuliating me by Str--ipping me butt naked on the Run</u> with The camera on at the Time___

To Award $50,000 Dollars in <u>Normal Damages</u> of my Right of the <u>8th Amendment</u> Free From Cruel and Unusual Punishment of the United States Constitution._ _ _ _

"**Plaintiff**" Rodney Wayne Saylors #<u>505009</u>

Sign, x <u>Saylors</u>

## "Derivative Tort Claim and Acknowledgement of Defendant's"

The Defendant <u>Assit. Warden E. Kennedy</u>, had knowledge of the problum which I am having with certain employees as threating and inflicting harm and bodily injuries and to have them gass and possible run in__ I've spoken to her Warden upon the date of <u>11-27-02</u> and on <u>12-5-02</u>, and <u>12-16-02</u>, as she made her rounds on F-Pod, on <u>12-17-02</u>, She pulled me out for a warden interview with her, She always says she will take care of the problum I'm having. nothing been done__

I've also spoken to the <u>Major R. Mooris</u>, on the date of <u>11-30-02</u>, about the problem that is occarring when he made his rounds, he tells me to send an I-60 in which I have, with copies, and never receive a respond__

As of <u>Captain R. Maldonado</u>, has made his rounds upon <u>12-5-02</u>, alone with the Warden. I brought it to his attention about the problum's I'm having with these employee's, he said he would check into it__ When he made his rounds again on <u>12-6-02</u>, and I ask him has he done anything about these refusing my <u>Food</u> and he said he do an investigation, Nothing was done__

Defendant'[s],
<u>E. Kennedy Warden</u>
<u>R. Mooris Major</u>
<u>R. Maldonado Captain</u>

Plaintiff
Rodney Saylors
#505069

pg. 1#

# BACK GROUND HISTORY

**WARDEN =** E. KENNEDY, ON THE DATE OF 11-1-02, I had TALKED TO HER About getting my PROPERTY back, she STATED, your on PRO-PERTY RESTRICTION, AND IF you ASSAULT ANOTHER ONE OF my OFFICERS, you WON'T NEVER get It back... So WE had A SERIOUS FALL out CUSSING at EACH OTHER, I ONLY REC-EIVED PORTION's OF MY PROPERTY OF JUST SOME PERSONAL LETTERS & Pictures Reading books. LEGAL PROPERTY was gone... So I FEEL THE WARDER has <u>Retaliated</u> and HA-RRASSED ME OF the PAST MATTERS At hand...

**MAJOR =** R. MOORIS, I'VE SPOKEN TO MAJOR MOORIS about The PROBLEMS I'M HAVING, HE STATED, IF I WOULDN'T HAD DISRESPECTED the WARDEN, you would get SOME heIP, I CAN't help you, It's out OF my hands Now... you will LEARN NOT TO OPEN your Loud mouth,,,... That was on THE DATE OF 11-20-02,

**CAPTAIN =**

R. MAldonado, ON THE DATE OF 5-22-1997, When CAPTAIN WAS A Lt, WE'VE had MANY FAll-outs OF <u>Lying</u> and Telling his FELLOW OFFICER [S] NOT TO <u>FEED</u> ME until he has settle down, I MIST SEVARI MEELS When he was a Lt. Now he IS Ad Seg CAPTAIN and has IN Formation FRom me on The Abusive I'm RECEIVING, AND WIll NOT CORRECT THE PROBLEM ___

the same questions.)

1. Court that imposed warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warnings were imposed: __N/A__

Executed on: __1-14-03__
           DATE

__Rodney W. Saylors__
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __14th__ day of __JAN__, 20__03__
     (Day)           (Month)       (Year)

__Rodney W. Saylors__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.